AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CASSE A. DUSENBURRY,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

| | |
|---|---|
| **MICHAEL J. ASTRUE,** | **CASE NO. C2-07-801** |
| **COMMISSIONER OF SOCIAL** | **JUDGE EDMUND A. SARGUS, JR.** |
| **SECURITY,** | **MAGISTRATE JUDGE MARK R. ABEL** |

        **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    Pursuant to the Order filed August 14, 2008, JUDGMENT is hereby entered for the Defendant. This case is DISMISSED.


Date: August 14, 2008                      JAMES BONINI, CLERK


                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk